UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIENNA ELAINE ALLEN,<br><br>Defendant. | No. 2:15-CR-008-WFN-4<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY |

Before the Court is Defendant's Unopposed Motion to Modify Pretrial Release Conditions. ECF No. 52.  Defendant seeks to modify release condition No. 14, which prohibits contact with Co-Defendants.  The United States and the U.S. Probation Office are in agreement with the Motion.

By order filed April 2, 2015, in *United States v. Teresa Louise Allen,* the Court permitted Teresa Allen to have contact with Brienna Allen.  It follows that an order should be entered in this case that allows contact.  Accordingly,

**IT IS ORDERED** Defendant's Motion, **ECF No. 52** is **GRANTED.** Defendant Brienna Allen may have contact with her mother and Co-Defendant Teresa Allen.  Defendant shall not discuss this case in any way with Teresa Allen, or have contact, direct or indirect with any other Co-Defendants.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED April 6, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1